

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS

### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. R. T. Burns, Sr.
County Attorney
Walker County
Huntsville, Texas

Dear Sir:

Opinion No. O-1515
Re: Out of what county fund can the audit
referred to in opinion O-1137 be paid
when such audit is ordered by the grand
jury or district judge? What procedure
should be followed in having it paid?

Your request for opinion upon the above stated
question has been received by this department.

We enclose herewith a copy of opinion No. O-1137
of this department.

You are respectfully advised that it is the
opinion of this department that the clear import of Article
1645, Revised Civil Statutes of Texas, 1925, is that the
audit referred to in our opinion No. O-1137 under Article
1646a, Revised Civil Statutes of Texas, 1925, should be
paid for out of the General Fund of the County by the usual
warrant drawn on that fund.

Trusting that this satisfactorily answers your
inquiry, and with best regards, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By [signature]
Wm. J. Fanning
Assistant

WJF:AW

ENCLOSURE

APPROVED OCT 10, 1939

[signature] Acting ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
[signature]